IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

THOMAS L. SISK

VS.  CIVIL ACTION NO. 3:09CV55-DAS

MICHAEL J. ASTRUE,
Commissioner of Social Security

**ORDER**

This matter is before the court after entering a show cause order, ordering the plaintiff to show cause why the action should not be dismissed for failure to prosecute. The plaintiff has responded, asking for additional time to file a brief in support of his claim. The court has considered the response, and while the court will allow additional time, it will not allow the amount of time requested. The court has already been forced to enter two show cause orders in this action, ordering the plaintiff to pursue the present action. Accordingly, the court hereby orders that the plaintiff file his brief no later than February 8, 2010, or the action will be dismissed.

SO ORDERED, this the 21st day of January 2010.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE